UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br><br>       Plaintiff,<br><br>    v.<br><br>AUSTRIAN AIRLINES AG,<br><br>       Defendant. | Case No.  25-cv-03504-PCP<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Sergey Firsov, proceeding without counsel, commenced the instant action against defendant Austrian Airlines AG. Before the Court is the July 21, 2025 report and recommendation to dismiss this case based on (1) Firsov's failure to pay filing fees; and (2) the Court's lack of subject matter jurisdiction over Firsov's action. Firsov has since paid the required filing fee.

Although Firsov has remedied one of the issues addressed in the report and recommendation, he has not responded to the report's concerns regarding the Court's jurisdiction. The Court therefore orders Firsov to show cause by September 12, 2025 why this action should not be dismissed for lack of subject matter jurisdiction. *See Henderson v. Shinseki*, 562 U.S. 428, 434 (2011) ("[F]ederal courts have an independent obligation to ensure that they do not exceed the scope of their jurisdiction, and therefore they must raise and decide jurisdictional questions that the parties either overlook or elect not to press."); *see also Mashiri v. Dep't of Educ.*, 724 F.3d 1028, 1031 (9th Cir. 2013) ("[F]ederal courts have a continuing, independent obligation to determine whether subject matter jurisdiction exists.").

**IT IS SO ORDERED.**

Dated: August 14, 2025

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P. Casey Pitts
United States District Judge